**UNITED STATES BANKRUPTCY COURT**　　　**VOLUNTARY PETITION**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**　　　　　　　　　Case No. **13 B**

Name of Debtor (if individual, enter Last, First, Middle:　　Name of Joint Debtor (Spouse):
**AMMONS, LEE E., JR.**

All other names used by Debtor in the past eight (8) years: All other names used by Joint Debtor in the past eight
(include married, maiden and trade names) (8) years:
Social Security/EIN/Tax ID No. (if more than one, state all): Social Security/EIN/Tax ID No. (if more than one,
XXX-XX-XXXX　　　　　　　　　　　　　　state all):
Street Address of Debtor: Street Address of Joint Debtor:
3007 W. 87th St.
Evergreen Park, Illinois 60805
County of Residence or Principal Place of Business County of Residence or Place of Business
Cook
Mailing Address of Debtor or of Joint Debtor (if different from street address)
Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor Type of Business Chapter of Bankruptcy Code of Filing**
X__ Individual　　　　__ Health Care Business　　　　__  Chapter 7　__ Chapter 15 Petition
___ Corporation　　　__ Single Asset Real Estate as defined　__  Chapter 9 for Recognition of
___ Partnership　　　in 11 U.S.C. Section 101(51B)　　　__  Chapter 11 Foreign Main Proceeding
___ Other (if not one　__ Railroad　　　　　　　　　__  Chapter 12 __ Chapter 15 Petition for
Of above entities, state　__ Stockbroker　　　　　　_X_ Chapter 13 Recognition of a Foreign
Type of entity below)　__ Commodity Broker Nonmain Proceeding
__ Clearing Bank
**Nature of Debts**
__ Other　　　　　　X__ Primarily Consumer __ Primarily business

**Tax-Exempt Entity** Debts, defined in 11 USC
__ Debtor is a tax-exempt 101(8) as "incurred by an
organization under Title 26 individual primarily for a
United States Code (the Internal personal, family or house-
Revenue Code). hold purpose."
**Filing Fee Chapter 11 Debtors**
__ Full filing fee attached __Debtor is a small business under 11 USC
_X_ Filing fee to be paid in installments (individuals 101(51D).
only). Must attach signed application for court's consideration　　　_X_ Debtor is not a small business under 11
certifying That debtor is unable to pay fee except in installments.　　　USC 101(51D).
Rule 1006(b).　　　　　　　　　　　　　　　See Official Form 3A.
__ Filing Fee waiver requested (Chapter 7 individuals　　　__ Debtor's aggregate noncontingent
Only). Must attch signed application for court's consideration.　liquidated debts (excluding debts owed to
See Official Form 3B.　　　　　　　　　　insiders or affiliates) are less than
　　　　　　　　　　　　　　　　　　$2,190,000.

**Statistical / Administrative Information**
_X_ Debtor estimates that funds will be available for distribution to unsecured creditors.
___ Debtor estimates that, after exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__ 1 – 49 ____ 50 – 99 ____ 100 or more
**Estimated Assets**
_X_ $0 – $50,000 ____ $50,001 - $100,000 ____ $100,001 or greater
**Estimated Debts**
_X_ $0 – $50,000 ____ $50,001 - $100,000 _____ $100,001 or greater

**VOLUNTARY PETITION**                              Case No. **12 B**                    Page 2

**AMMONS, LEE E., JR.,** Debtor

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**

| Location of Filing: | Case Number: | Date of Filing: |
|---|---|---|
| **USBC, Northern District Illinois** | **12-B-39469** | **10/3/2012** |
| **USBC, Northern District Illinois** | **11-B-47188** | **11/21/2011** |
| **USBC, Northern District Illinois** | **11-B-37707** | **8/30/2011** |
| **USBC, Northern District Illinois** | **10-B-28285** | **6/24/2010** |
| **USBC, Northern District Illinois** | **10-B-6061** | **2/16/2010** |
| **USBC, Northern District Illinois** | **09-B-12152** | **4/6/2009** |
| **USBC, Northern District Illinois** | **08-B-30507** | **10/29/2008** |

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing: Case Number: Date of Filing: District: Relationship: Judge:

**Exhibit A**                                      **Exhibit B** (to be completed if debtor is an individual whose debts
(To be completed if Debtor is required                   are primarily consumer debts)
To file periodic reports with the Securities
Exchange Commission

I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have
informed  the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to them the relief available under each Chapter.
I certify that I have delivered to Debtors the notice required by Title 11 USC Section 342(b).

**X**_____/s/_Michael J. Greco_____          1/10/2013
Signature of Michael J. Greco, Attorney for Debtor(s)        Date
**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable
harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.
**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a
separate Exhibit D).
X__ Exhibit D completed and signed by the Debtors is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts are primarily consumer debts)
**Information regarding the Debtor -- Venue**
X_ Debtors has been domiciled or had a residence or principal place of business in this District for 180 days
preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United
States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in
regard to the relief sought in this District.
**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)
_____(Name of Landlord that obtained judgment) (Address of Landlord)
__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would
be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was
entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the
30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**

Name of Debtor(s):                          Case No. **13 B**                          Page 3

**LEE E. AMMONS, JR.**

**SIGNATURES**

**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct.
[If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file
under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11,
United States Code, understand the relief available to me under each Chapter, and choose to
proceed under Chapter 13.
_____/s/_____
Signature of Debtor **LEE E. AMMONS, JR.**

**Signature of Attorney\***
Respectfully submitted,


By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois 60654
(312) 222-0599
Atty. No. 06201254
Date: January 10, 2013


\*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that
the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**In re: LEE E. AMMONS, JR., Debtor**                          **Case No. 13 B**
**Debtor.**

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" respectively in the column so labeled. If the Debtor holds no interest in real property, write "None" under "Description and Location of Property."
**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."
State the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and location of property | Nature of Debtor's Interest in Property | H W J C | Current Market Amount of Value of Debtor's Secured Claim Interest without Deducting any Secured claim Or Exemption |
|---|---|---|---|
| [None] | | | |

| | | |
|---|---|---|
| TOTAL | | $0.00 (Report also on Summary of Schedules) |

**In re: LEE E. AMMONS, JR., Debtor**                    **Case No. 13 B**
**Debtor.**

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of any kind. If the debtor is married, state whether the husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" respectively in the column so labeled. If the Debtor has no property in one or more of the categories, ,write an "X" in the corresponding position in the column labeled "None." State the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the Debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, state the child's initials and the name and address of the child's parent or guardian. Do not disclose the child's name. See 11 USC Section 112 and Fed. Rule Bankr. P. 1007(m).

| Type of property | N O N E | Description and location of property | H W J C | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 1. Cash on Hand | | Cash on Hand | | $100.00 |
| 2. Checking, savings or other financial accounts | N | Account Citibank FSB | | $50.00 |
| 3. Security deposits with public utilities, landlords | | Security Deposit | | $700.00 |
| 4. Household goods and furnishings. | | TV, personal computer, (audio, video) personal effects, furniture, bedroom set. | | $1,000.00 |
| 5. Books, pictures and art objects, record, tape and compact disc collections, other collectibles. | N | | | |
| 6. Wearing apparel | | Wearing apparel | | $1,000.00 |
| 7. Furs and jewellery | N | | | |
| 8. Firearms, photographic, sports,and hobby equipment | N | | | |
| 9. Interests in insurance policies. (Name insurance company of each policy and surrender or refund value | N | | | |
| 10. Annuities (name issuers) | N | | | |
| 11. Interests in education IRA As defined in 26 USC 530(b)(1) Or under qualified State tuition Plan defined in 26 USC 529(b)(1). Itemize. File per 11 USC 521(c). | N | | | |

**In re: LEE E. AMMONS, JR., Debtor Case**                    **No. 13 B**

## SCHEDULE B – PERSONAL PROPERTY (continued)

| Type of property | N O N E | Description and location of property | H W J C | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, Keogh, ERISA, or other pension or Profit sharing plans. Itemize. | | Pension [Payable on retirement] | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 15. Government and corporate bonds, negotiable instruments. | N | | | |
| 16. Accounts receivable. | N | | | |
| 17. Alimony/maintenance, support and property settlements to which debtors may be entitled. | N | | | |
| 18. Tax refunds and other liquidated debts owed to debtors. | N | | | |
| 19. Equitable or future interests, life estates, powers fbo debtor. | N | | | |
| 20. Contingent and noncontingent interests in estate of decedent. | N | | | |
| 21. Liquidated and unliquidated claims, including counterclaims. | | Claims against Cook County, Michael Greco, Heritage Lending, Loan Approval. | | $1,000.00 [unliquidated] |
| 22. Patents, copyrights, and other intellectual property. Itemize. | N | | | |
| 23. Licenses, general intangibles. | N | | | |
| .24. Customer lists. | N | | | |
| 25. Automobiles, trucks, vehicles. | N | 2003 Chevrolet Trailblazer automobile | | $10,000.00 |
| 26. Boats, motors, accessories. | N | | | |
| 27. Aircraft and accessories. | N | | | |
| 28. Office equipment, furnishings, and supplies. | N | | | |
| 29. Machinery, fixtures, supplies and equipment used in business. | N | | | |
| 30. Inventory. | N | | | |
| 31. Animals. | N | | | |
| 32. Crops – growing or harvested. | N | | | |
| 33. Farm equipment, implements. | N | | | |
| 34. Farm supplies, chemicals, feed. | N | | | |
| 35. Other personal property of all descriptions not listed above. Itemize. | N | | | |

**TOTAL $13,850.00**

__0__ continuation sheets attached (Report Total also on Summary of Schedules)

**In re: LEE E. AMMONS, JR., Debtor**                                    **Case No. 13 B**

## SCHEDULE C –PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which Debtor is entitled under:

____ 11 U.S.C. 522(b)(2):

_X__ 11 U.S.C. 522(b)(3):

___ Check if Debtor claims a homestead exemption that exceeds $136,875.

| Description of property | Specify law Providing each Exemption | Value of Exemption Claimed | Current Market Value of Property without deducting exemption |
|---|---|---|---|
| Cash on Hand | 735 ILCS Sec. 5/12-1001(b) | $100.00 | $100.00 |
| Claims | 735 ILCS Sec. 5/12-1001(b) | $1,000.00 | $1,000.00 |
| TV, personal computer, DVD players, personal effects, bedroom set | 735 ILCS Sec. 5/12-1001(b) | $1,000.00 | $1,000.00 |
| Wearing apparel | 735 ILCS Sec. 5/12-1001(a) | $1,000.00 | $1,000.00 |
| 2003 Chevy Trailblazer Automobile | 735 ILCS Sec. 5/12-1001(c) | $2,400.00 | $10,000.00 |
| | 735 ILCS Sec. 5/12-1001(b) | $1,850.00 | $10,000.00 |
| Pension | 735 ILCS Sec. 5/12-1006 | $1,000.00 | $1,000.00 |

**In re: Lee E. Ammons, Jr., Debtor**                    **Case No. 13 B**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| The Loan Approval Center 1505 N. Mannheim Rd. Stone Park, IL  60165 | | 8/21/2012, auto purchase money lien, 2003 Chevrolet Trailblazer automobile ($10,000.00) | $11,787.50 | $0.00 |
| Heritage Acceptance 121 S. Main St. Elkhart, IN  46516 | | 8/21/2012, auto purchase money lien, 2003 Chevrolet Trailblazer automobile ($10,000.00) | $11,787.50 | $0.00 |

TOTAL                                                                            **$11,787.50**

**In re: Lee E. Ammons, Jr., Debtor**                                               **Case No. 13 B**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

__   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

Check box next to each category for which claims are listed:

__  Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)

__  Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)

__  Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)

__  Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)

__  Deposits by individuals. .  11 U.S.C. Section 507(a)(6)

__  Alimony, Maintenance or Support.  Claims of former spouse or child.   11 U.S.C. Section 507(a)(7)

__  Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)

__  Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| Acct. VS05086955<br>GC Services LP<br>for Illinois State Tollway<br>PO Box 79<br>Elgin, Ill.  60121 | | Unpaid tollway tolls | D | $1.00 | $1.00 | |
| Arnold Scott Harris, Atty.<br>for Illinois State Tollway<br>600 W. Jackson Blvd., Suite 720<br>Chicago, IL  60661 | | Unpaid parking tickets | D | $4,500.00 | $4,500.00 | |
| Village Evergreen Park<br>9418 S. Kedzie Av.<br>Evergreen Park, IL  60805 | | Unpaid parking tickets | D | $120.00 | $120.00 | |
| | | | TOTAL | $4,621.00 | $4,621.00 | |

__0__ continuation sheets attached                              (Report also on Summary of Schedules)

**In re: Lee E. Ammons, Jr., Debtor.**                    **Case No.  13 B**

**SCHEDULE F -- Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. 8500047716070<br>Peoples Gas<br>Chicago, IL 60687-0001 | | Utility Service | | $1,084.07 |
| Acct No.<br>BMAC<br>9400 S. Ashland Ave.<br>Chicago, IL  60620 | | Revolving Credit line | | $1,500.00 |
| Acct.<br>Cook County Comptroller<br>118 N. Clark St.<br>Chicago, IL  60602 | | Claim | | $1,500.00 |
| Acct. 3HK13893<br>MCI Residential Service<br>PO Box 17890<br>Denver, CO 80217-0890 | | Utilities | | $246.01 |
| Acct. PP02215763350501<br>PLS Loan Store Cash<br>9920 S. Western Ave.<br>Chicago, IL 60643 | | (paycheck advance) loan | | $1,500.00 |
| Acct.<br>Gentle Dental<br>10100 S. Kedzie<br>Evergreen Park, IL  60804 | | Dental care | | $200.00 |
| Midwest Title Loan Cash<br>3751 W. 79th St.<br>Chicago, IL 60620 | | (paycheck advance) loan | | $1,500.00 |
| Open MRI<br>4200 W. 63d St.<br>Chicago, IL  60629 | | Medical Services | | $1,700.00 |
| SKO Brenner America<br>PO Box 230<br>Farmingdale, NY  11735 | | Revolving credit | | $79.00 |

Page 1 of 2                                                    Subtotal page 1 $9,309.00

\_\_1\_\_ continuation sheets attached (Report also on Summary of Schedules)

**In re: Lee E. Ammons, Jr., Debtor**                                      **Case No.  13 B**

**SCHEDULE F -- Creditors Holding Unsecured Nonpriority Claims (continued)**

| | | |
|---|---|---|
| 1118624080<br>ComEd<br>Bill Payment Center<br>Chicago, IL 60661 | Utilities | $137.00 |
| Midwest Title Loan Cash<br>3751 W. 79th St.<br>Chicago, IL 60620 | (paycheck advance) loan | $1,500.00 |
| Tom Appleton<br>3347 W. 95th St.<br>Evergreen Park, IL | Unpaid rent (apartment lease) | $725.00 |
| Gary Ogurkiewicz, D.C.<br>10021 S. Western Ave.<br>Chicago, IL  60643 | Chiropractic services, loan | $2,000.00 |
| Sallie Mae<br>PO Box 9500<br>Wilkes-Barre, PA  18773-9500 | Student loan | $10,000.00 |
| ISAC<br>1715 Lake Cook Rd.<br>Deerfield, IL  60015 | Student assistance/loan | $5,000.00 |
| Public Storage<br>11644 S Kedzie<br>Merionette Park, IL | Storage space fees | $300.00 |
| Advocate Christ Medical Center<br>PO Box 4256<br>Carol Stream, IL  60197-4256 | Medical expenses | $249.90 |

Page 2 of 2                                          Subtotal page 2 $19,811.90

                                                     TOTAL $29,120.90

__0__ continuation sheets attached (Report also on Summary of Schedules)

**In re: LEE E. AMMONS, JR., Debtor**                                    **Case No. 13 B**


## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

_____ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| Mike Roche<br>3000 W. 87th St.<br>Evergreen Park, IL | Lease for apartment (one year) |

**In re: LEE E. AMMONS, JR., Debtor**                          **Case No. 13 B**

**SCHEDULE H – CO-DEBTORS**

__X___ Check this box if debtor has no co-debtors to report on this Schedule H.

Name and Mailing Address of Codebtor                    Name and Mailing Address of Creditor

**In re: LEE E. AMMONS, JR., Debtor**                           **Case No. 13 B**


**SCHEDULE I – STATEMENT OF CURRENT MONTHLY INCOME OF INDIVIDUAL DEBTOR**

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the may differ from the current monthly income calculated on Form 22A, 22B or 22C.

**Debtor's Marital Status Dependents of Debtor and Spouse**

| | | |
|---|---|---|
| Single / Unmarried | **Relationship** | **Age** |
| | [None] | |

**Employment Debtor Spouse**

| | |
|---|---|
| **Occupation** | Cook County Sheriff's Deputy |
| **Name of Employer** | Cook County Sheriff's Dept. |
| **Period Employed** | **2**1 years |
| **Address of Employer** | 2700 S. California |
| | Chicago, IL 60608 |

| **Income (Estimate of Average Monthly income at time case filed)** | **Debtor** | **Spouse** |
|---|---|---|
| 1. Monthly Gross Wages, salary, Commissions (prorate if not monthly) | $5,484.60 | |
| 2. Estimated Monthly Overtime | $0.00 | |
| 3. Subtotal Gross Wages | $5,484.60 | |
| 4. Less Payroll Deductions | **Debtor** | **Spouse** |
| a. Payroll Taxes / SS | $939.98 | |
| b. Insurance | $220.81 | |
| c. Union Dues | $39.10 | |
| d. Other (specify – pension) | $483.26 | |
| 5. Subtotal Payroll Deductions | $1,683.15 | |
| 6. TOTAL NET MONTHLY EARNINGS | $3,801.45 | |
| 7. Regular Income -- operation of business, Profession or farm (attach statement) | ___0.00_____ | |
| 8. Income from Real Property _____ | | |
| 9. Interest and Dividends _____ | | |
| 10. Alimony, maintenance and support payable to Debtor or for Debtor's use or that of dependent Listed above ___ | | |
| 11. Social Security or governmental assistance (specify) _____ | | |
| 12. Pension or retirement income _____ | | |
| 13. Other monthly income (specify) _____ | | |
| 14. Subtotal of Lines 7 – 13 _____ | | $0.00 |
| **15. AVERAGE MONTHLY INCOME (Lines 6.+14.)** | | **$3,801.45** |
| | | |
| **16. COMBINED AVERAGE MONTHLY INCOME of Debtor and Spouse** | | **$3,801.45** |

(Report also on Summary of Schedules and on Statistical Summmary of Certain Liabilities and related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following filing of this document:

Periodic salary increase (cost-of-living)

**In re: LEE E. AMMONS, JR., Debtor**                    **Case No. 13 B**

**SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS**

Complete this schedule by estimating the average or projected monthly expenses of the debtor and debtor's family at time case filed. Prorate payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

___ Check if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or Home Mortgage payment (include lot rented for mobile home) | $700.00 |
| a. Are real estate taxes included? __yes _X__ no | |
| b. Property Insurance? __ yes _X__ no | |
| 2. Utilities: a. Electricity and heating fuel | $150.00 |
| b. Water and Sewer | $0.00 |
| c. Telephone | $100.00 |
| d. Other (cable, internet, security system) | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $25.00 |
| 4. Food | $420.00 |
| 5. Clothing | $200.00 |
| 6. Laundry and Dry Cleaning | $100.00 |
| 7. Medical and Dental Expenses | $515.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs, entertainment, newspapers, magazines | $200.00 |
| 10. Charitable contributions | $20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowners' or renter's | $0.00 |
| b. Life | |
| c. Health | $102.00 |
| d. Auto | $72.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| 13. Installment payments (in Chapter 11, 12 and 13 cases, do not list payments to Be included in the plan) | |
| a. Auto | $400.00 |
| b. Other | |
| c. Other | |
| 14. Alimony, maintenance and support paid to others | |
| 15. Payments for support of additional dependents (condominium for mother) | |
| 16. Regular expenses from operation of business | |
| 17. Other | |
| 18. AVERAGE MONTHLY EXPENSES (TOTAL Lines 1-17. Report also on Summary of Schedules and on Statistical Summmary of Certain Liabilities and related Data) | **$3,204.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur Within the year following filing of this document:

Earnings from employment.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| A. Average monthly income from Line 15 of Schedule I | $3,801.45 |
| B. Average monthly expenses from Line 18 above | $3,204.00 |
| C. Monthly Net Income (A minus B) | <$597.45> |

**In re: LEE E. AMMONS, JR., Debtor**                    **Case No. 13 B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of fifteen sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 1/10/2013

Signature (electronic):___/S/__Lee E. Ammons, Jr.____
                                   **LEE E. AMMONS, JR**